IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALVARO OCHOA-MOLINA, <br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | MOTION TO VACATE <br> 28 U.S.C. § 2255 <br><br> CRIMINAL ACTION NO. <br> 1:14-CR-0177-SCJ-RGV-1 <br><br> CIVIL ACTION NO. <br> 1:17-CV-4666-SCJ-RGV |

## **ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Russell G. Vineyard [Doc. No. 85], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, Movant's § 2255 motion [Doc. No. 82] is **GRANTED**. An amended judgment and commitment order will follow explicitly stating that computation of Defendant's federal sentence is to begin running from March 13, 2014.

**IT IS SO ORDERED**, this 27th day of March, 2018.

                                               s/Steve C. Jones
                                               STEVE C. JONES
                                               UNITED STATES DISTRICT JUDGE